JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

EFRAIN JUAREZ EVANGELISTA,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

No. 5:26-cv-04787-BFM

**JUDGMENT**

On September 8, 2026, the Court issued an order granting the petition and ordered Petitioner Efrain Juarez Evangelista (A# 246-060-643) immediately released on reasonable conditions. (ECF 10 at 9.) Petitioner reports that he has been released from Respondents' custody. (ECF 11.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 11, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE